UNITED STATES of America,
Plaintiff–Appellee,

v.

Clifford S. DAVIS, Defendant–Appellant.

No. 11–12198
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 10, 2012.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, Robert H. Waters, Jr., U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

---

David P. Hodge, Attorney at Law, Fort Lauderdale, FL, for Defendant–Appellant.

Before CARNES, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

David P. Hodge, appointed counsel for Clifford Davis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Davis's convictions and sentences are **AFFIRMED.**